# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LENROY MCLEAN, <br> #038204192 | § <br> § <br> § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0447-S-BT |
| | § <br> § | |
| ACTING WARDEN GREENFIELD | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Petitioner's federal habeas petition will be **DISMISSED**. Petitioner's "Motion for an Injunction and/or Restraining Order Under F.R.C.P. Rule 65" [ECF No. 13] is **DENIED**.

**SO ORDERED.**

SIGNED February 13, 2025.

**UNITED STATES DISTRICT JUDGE**